## 380

No. 66588.—Polk's Model Craft Hobbies, Inc. v. United States, protests 320394–K, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of HO equipment similar in all material respects to that the subject of *United States* v. *Polk's Model Craft Hobbies, Inc., et al.* (47 C.C.P.A. 137, C.A.D. 746), the merchandise was held dutiable as follows: (1) The items marked "A" at 15 percent ad valorem under the provision in paragraph 353, as modified by the General Agreement on Tariffs and Trade (T.D. 51802), for other metal articles suitable for controlling electrical energy; (2) the items marked "B" at 13¾ percent under the provision in said paragraph, as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade (T.D. 52739), for other metal articles having as an essential feature an electrical element or device; and (3) the items marked "C" at 17½ percent under the provision in said paragraph, as modified by T.D. 51802, for metal electrical switches and switchgear, as claimed.

No. 66589.—Pacific Instruments Corp. v. United States, protests 61/13551 and 61/13552 (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the items marked "A" consist of tapes for tape recorders (and belts) similar in all material respects to those the subject of *Electric & Musical Industries (US), Ltd.* v. *United States* (42 Cust. Ct. 87, C.D. 2070), the claim at 15 percent was sustained. The items marked "B," stipulated to consist of tape recorder parts and tape recorders similar in all material respects to those the subject of Abstract 65049, were held dutiable at 13¾ percent, as claimed.